```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

**WYDETTE HAWKINS**
**AND VERNA HAWKINS**                                          **PLAINTIFFS**

**VS.**                              **CIVIL ACTION NO. 3:03cv1168WHB–JCS**

**PAREX, INCORPORATED**                                         **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Jury Verdict returned on August 4, 2006, by Sammy S. Jackson, foreperson and six other jurors which stated as follows:

1. For whom do you find on Plaintiffs' negligence theory?

   _____    For Plaintiffs, Wydette Hawkins and Verna Hawkins

   ____√____     For Defendant, Parex, Incorporated

2. For whom do you find on Plaintiffs' defective design theory?

   _____    For Plaintiffs, Wydette Hawkins and Verna Hawkins

   ____√____     For Defendant, Parex, Incorporated

3. For whom do you find on Plaintiffs' failure to warn theory?

   _____    For Plaintiffs, Wydette Hawkins and Verna Hawkins

   ____√____     For Defendant, Parex, Incorporated

The Court hereby enters this Final Judgment in favor of the Defendant Parex, Incorporated, hereby finally dismissing all claims against Defendant, Parex, Incorporated, with prejudice.

SO ORDERED this the 4th day of August, 2006.

s/William H. Barbour, Jr.  
UNITED STATES DISTRICT JUDGE